IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:18-CR-00088-RJC-WCM

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| AMANDA LOUISE STONE (3) | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant to extend the deadline for filing objections to the Presentence Investigation Report, (Doc. No. 48), until April 15, 2019.

The Court finds that the defendant has stated sufficient cause to extend the deadline in this case.

**IT IS, THEREFORE, ORDERED** that the defendant's motion is **GRANTED**. The defendant shall file any objections, grounds for variance, or corrections on or before April 15, 2019.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, and the United States Probation Office.

Signed: March 18, 2019

Robert J. Conrad, Jr.
United States District Judge