Fletcher M. Tove
412 Old Haw Creek Rd
Asheville, NC 28805

August 15, 2019

Honorable Judge Robert. J. Conrad
United States District Judge
235 Charles R. Jonas Federal Building
401 West Trade Street
Charlotte, NC 28202

RECEIVED
CHARLOTTE, NC

AUG 22 2019

Clerk, US District Court
Western District of NC

Re: August 28th Sentencing of Buncombe County Public Servants

Dear Judge Conrad:

I am writing to you after reading in a recent Asheville Citizen-Times article that you have received dozens of letters in support of Wanda Greene, Mandy Stone, Joe Creighton, and Michael Greene. I imagine these letters are penned by their close friends and business acquaintances and speak to their upstanding characters, minimize their actions as tragic missteps, and allude to their years of public service all while requesting light sentences from you. I also imagine several of those letters come from very prominent and influential members of the Buncombe County community and even from across the state.

I am neither prominent nor influential in Buncombe County, but I did grow up here, and after serving 11 years as a Naval Officer I returned home and for almost three years now I have worked for Buncombe County Government in the Health and Human Services Department. I am very proud of my hometown and I am also proud to have a job where I can work to make my community stronger and safer every day.

I felt compelled to put on paper the anger and frustration I feel, and the vast majority of my peers feel, at the thought of any of the defendants receiving light sentences. Their calculated actions have greatly besmirched the reputation of Buncombe County, eroded the confidence of the public in our trustworthiness and professionalism, and have had profound impacts on the morale of county employees.

As I follow the proceedings and read about the defendants trying to deflect responsibility, or minimize their criminal actions, I worry about the example that a light sentencing will set and the impact it will have on the community, especially as we see an increasing lack of accountability at all levels of government and particularly as we see a gargantuan disparity between the repercussions for white-collar and blue-collar crimes.

I was very deliberate in using the term public servants in my subject line. Every one of these defendants was a public servant, operating within the trust of the community. Every one of these defendants purposefully and willfully violated this trust in a criminal manner. These were not tragic missteps or isolated failures in judgement. These were calculated criminal activities perpetuated over years, in which they colluded and conspired to conceal their actions to the extent of falsifying statements, destroying official records, and retaliating against fellow public servants.

I ask that you charge the defendants with the maximum sentences that the statutes can allow. I ask not as an individual who was directly impacted by their actions, and I make no claims about the character of the defendants. I ask as a member of the community and as a public servant. I ask that you hold these criminals fully accountable for their actions. Restore the community's confidence that their government is held accountable, that there are consequences for not only violating the law, but for violating the trust between the government and the people.

I appreciate your time and consideration, sincerely,

Fletcher M. Tove