1305 Abbey Circle
Asheville, NC 28805
August 20, 2019

RECEIVED
CHARLOTTE, NC

AUG 27 2019

Clerk, US District Court
Western District of NC

US district Judge Robert J. Conrad
235 Charles R. Jones Federal Building
401 W. Trade St.
Charlotte, NC 28202

Dear Judge Conrad:

As a 16-year resident of Asheville, NC, I am writing to express my concern regarding the upcoming sentencing phase of the Buncombe County group of felons: Wanda Greene; her son, Michael Greene; Mandy Stone; Jon Creighton.

I am a sociologist who has taught criminology, deviant behavior, social problems, etc. in small colleges. I always emphasized the injustice of sentencing disparities when comparing "street crime" with "white-collar crime" punishments. We have here an instance where, I hope, federal guidelines will allow these people to receive what we, the public, regard as appropriate sentences for their crimes against the public. While I applaud efforts such as restorative justice, I don't think corruption—government, corporate, combinations—will be curtailed nor will the publics' trust in our necessary institutions of governance be restored if these people are not dealt with severely.

I am one of many who would like Wanda Greene to be sentenced to many, many years in prison. Seven years has been mentioned in newspaper articles. For her betrayal of public trust accentuated by coopting others to join her schemes and profiting mightily at the expense of us County residents, I personally would like to see her spend the rest of her life in prison and not a "country-club federal prison," at that. In addition, I would hope she would be required to repay the County for years of salary received while performing felonious tasks.

Regarding Michael Greene, it has been reported that several family members have asked for leniency. While I feel badly for the children who undoubtedly have been ostracized by their father's crimes, I don't believe he deserves leniency. He knew full well he was not qualified to receive the salary he received for, apparently, abetting his mother's criminal activities and doing practically nothing for the County. Hopefully, he will, too, spend time in prison and the children will receive quality counseling to help them understand there are consequences for bad behavior. So, the family's life style will undergo changes; as a result may they understand what honest work entails. Repayment of ill-gotten gains would be nice.

Local lore says that Mandy Stone deserves harsh punishment. I have no reason to doubt this assessment. Again, repayment of salary while performing criminal activities would be appreciated.

Lastly, Jon Creighton does have my sympathy. I would not be disappointed were he to be sentenced to the three years' probation requested (I believe that was the request).

Sincerely yours, *[signature]*
Sandra Houts, PhD