RECEIVED
CHARLOTTE, NC

AUG 27 2019

Clerk, US District Court
Western District of NC

August 23, 2019

Deborah Compton
7 Montview Drive
Asheville, NC 28801

The Honorable Robert J. Conrad, Jr.
U.S. District Judge
235 Charles R. Jonas Federal Building
401 West Trade Street
Charlotte, NC 28202

Re: August 28 Sentencing of Wanda Greene and Michael Greene

Your Honor:

The purpose of my letter is to express my opinion that neither **Wanda Greene** nor **Michael Greene** of Buncombe County have earned reduced prison sentences in the indictments against either of them.

The very idea that their "cooperation in the investigations" somehow makes up for stealing and defrauding Buncombe County makes my blood boil. These two knew exactly what they were doing and conspired to cheat and lie to Buncombe County Employees, Commissioners, and Buncombe County taxpayers. Since County "gift cards" purchased with tax money were used to buy products for personal use, among other crimes, the Greene's knowingly broke the law for the purposes of financial gain. This gift card theft is certainly not the most egregious crime committed by either defendant, but it underscores a certain personal arrogance. Stealing money earmarked by the County Commissioners for lower paid Buncombe County employees is beyond arrogance. And on and on…

According to reports from the *Asheville Citizen Times*, the extent of their crimes were clear attempts to break the law. These are not the actions of innocent, honest, "unaware" individuals. The same can be said of **Jon Creighton** and **Mandy Stone**.

As a former county employee and as a County/City resident, it is critical that white collar criminals be judged both fairly and <u>strictly</u> to send a clear message to others of a *dishonest* or *careless nature*.

It is only fair to those employees who worked for Buncombe County for years within a strict, honest, and sincere code of providing quality service to County residents.

Sincerely,

*[signature: Deborah Compton]*

Deborah Compton