August 21, 2019

RECEIVED
CHARLOTTE, NC
AUG 27 2019
Clerk, US District Court
Western District of NC

Robert Conrad

**Charles R. Jonas Federal building**

**401 West Trade Street**

**Charlotte, NC 28202**

This is regarding the case of abuse of public funds in the Buncombe County. This case is not about Wanda Green or Mandy Stone, or Michael Greene. This is about what it means to be an American. Sir, I am not about to tell you how to do your job. But I want to emphasize that your decision sends a message to public employees, and indeed everyone in a position of power. What are the consequences of abusing public trust? This is question you are addressing.

Respectfully yours,

*John S Brigham*

John Brigham

44 Forest Hill Drive

Asheville NC 28803

828 505 0964

mrphysh@juno.com