August 22, 2019

Honorable Judge Robert J. Conrad
Us District Judge
235 Charles R Jones Federal Bldg
401 West Trade St
Charlotte, NC 28202

Dear Judge Conrad,

As a Buncombe County taxpayer and a Buncombe County employee, I would like to make a suggestion for the community service portion of the sentencing of our former County Managers, Wanda Greene and Mandy Stone, and Assistant County Manager, Jon Creighton.

The streets of Asheville and Buncombe County property are heavily littered. Coxe Avenue in Asheville is particularly filthy with cigarette butts and trash, particularly around the bus station, post office and the new County Health and Human Services building, parking lots and decks. Litter is a big issue in the city and county. Trash detail would serve a real need and help beautify the city and the county whose funds and trust they abused.

Thank you for your consideration,

Anonymous, still employee with County and do not want extra attention

*Thank you -*