Defendant: Amanda Louise Stone
Case Number: DNCW118CR000088-003

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of
<u>THIRTY-THREE (33) MONTHS</u>.

☒ The Court makes the following recommendations to the Bureau of Prisons:
1. Placed in a facility as close to Asheville, NC as possible, consistent with the needs of BOP.
2. Participation in any available educational and vocational opportunities.
3. Participation in the Federal Inmate Financial Responsibility Program.

**FILED
ASHEVILLE, N.C.**

☐ The Defendant is remanded to the custody of the United States Marshal.

**OCT 30 2019**

☐ The Defendant shall surrender to the United States Marshal for this District:

☐ As notified by the United States Marshal.
☐ At _ on _.

**U.S. DISTRICT COURT
W. DIST. OF N.C.**

☒ The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☒ As notified by the United States Marshal.
☐ Before 2 p.m. on _.
☐ As notified by the Probation Office.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

_____

Defendant delivered on 10/10/19 to FPC Alderson _____ at
Alderson, WV _____, with a certified copy of this Judgment.

M.E. Dehrman, Warden
United States Marshal

By: D. _____
Deputy Marshal